James H. Kaster*, MN Bar. No. 053946
kaster@nka.com
David E. Schlesinger, AZ Bar No. 025224
schlesinger@nka.com
Lindsey E. Krause*, MN Bar No. 0398431
lkrause@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
* *admitted pro hac vice*

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Thomas Montgomery and Myshell Molina, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Union Pacific Railroad Co.,<br><br>Defendant. | Case No.: CV-17-00201-TUC-RM<br><br>**PLAINTIFFS' MOTION TO BIFURCATE THE TRIAL INTO LIABILITY AND DAMAGES PHASES** |

Plaintiffs Thomas Montgomery and Myshell Molina, by and through their attorneys, respectfully file this motion and supporting memorandum moving this Court to bifurcate the trial into liability and damages phases.

This Motion to Bifurcate the Trial into Liability and Damages Phases is made pursuant to Federal Rule of Civil Procedure 42(b) and is based upon all the files, records,

and proceedings herein, which includes Plaintiffs' Memorandum in Support of Their Motion to Bifurcate the Trial into Liability and Damages Phases.

Date: February 7, 2019

**NICHOLS KASTER, PLLP**

s/Lindsey E. Krause
James H. Kaster* (MN #53946)
    kaster@nka.com
David E. Schlesinger (AZ # 025224)
    schlesinger@nka.com
Lindsey E. Krause* (MN # 0398431)
    lkrause@nka.com
80 South Eighth Street
4600 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878
*   admitted pro hac vice

**ATTORNEYS FOR PLAINTIFF**

# **CERTIFICATE OF SERVICE**

I certify that on this February 7, 2019, **PLAINTIFFS' MOTION TO BIFURCATE THE TRIAL INTO LIABILITY AND DAMAGES PHASES** was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

> Scott P Moore
> Allison D. Balus
> Leigh Campbell Joyce
> David E. Kennison
> Baird Holm, LLP
> 1700 Farnam Street, Suite 1500
> Omaha, NE  68102
> spmoore@bairdholm.com
> abalus@bairdholm.com
> lcampbell@bairdholm.com
> dkennison@bairdholm.com


> s/Eric Doyle
> Eric Doyle, Legal Assistant
> NICHOLS KASTER, PLLP